# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>        Plaintiff, )<br>    )<br>vs. )<br>    )<br>CHARLES MARCUS TORRES, )<br>    )<br>        Defendant. )<br>_____ ) | 3:02-cr-00198-HDM-VPC<br><br>**ORDER** |

On September 22, 2010, Defendant Charles Marcus Torres ("Defendant") appeared before the Court for Sentencing Re: Revocation for Supervised Release. Previously, on September 8, 2010, Defendant admitted to violating conditions of release as alleged in Paragraphs 1 and 2 of [64] Petition filed July 1, 2010.

**IT IS ORDERED**, Defendant's previously imposed conditions are modified this date to include the following:

**Reside in Residential Re-Entry Center** - Defendant shall reside at, and participate in, the C.A.R.E. program of the residential re-entry center for a period of six (6) months as approved and directed by the U.S. Probation Office.

During the first sixty (60) days at the residential re-entry center, the Defendant shall not be allowed to leave the facility. Upon completion of sixty (60) days, if the Defendant has complied with all the conditions of the C.A.R.E. program, the Defendant shall be allowed to fully participate in the C.A.R.E. program. If Defendant violates any conditions of the C.A.R.E. program, or absconds, or tests positive for alcohol and/or a controlled substance, the Defendant shall be immediately removed from the facility, taken into custody, and returned to Court for disposition.

At the September 22, 2010 hearing, the Court remanded the Defendant to custody at the Washoe County Jail pending an available space at the residential re-entry center.

**IT IS ORDERED**, upon available space for Defendant at the residential re-entry center, the U.S. Probation Office will transport the Defendant from the Washoe County Jail to the Reno/Tahoe

International Airport in order for the Defendant to board a flight to Las Vegas, Nevada, where the Defendant will be met by U.S. Probation Officers and delivered to the C.A.R.E. program at Cornell Corrections in Las Vegas, Nevada.

**IT IS FURTHER ORDERED**, **Sentencing Re: Revocation of Supervised Release is continued to Tuesday, March 22, 2011 at 10:00 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben**.

**IT IS SO ORDERED**.

Dated this 22nd day of September, 2010.

_____
HOWARD D. McKIBBEN
SENIOR U.S. DISTRICT JUDGE